STATE OF NEW JERSEY v. ALVIN WATFORD.

February 26, 1974. Petition for certification denied.

EUGENE J. MARCZAK v. SOUTH AMBOY CAR WASH.

February 26, 1974. Petition for certification denied.

IN THE MATTER OF STEVEN WEIL.

February 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES N. SYKES.

February 26, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. SALVATORE RESTIVO.

February 26, 1974. Petition for certification denied.

ADAM BORAWA v. BOARD OF REVIEW.

February 26, 1974. Petition for certification denied.